**UNITED STATES of America, Appellee,**

v.

**Michael POLIZZI, Appellant.**

**No. 71-1341.**

United States Court of Appeals, Ninth Circuit.

Oct. 18, 1971.

Edward P. George, Jr. (argued), of Allen, Wilson & George, Long Beach, Cal., Edward I. Pollock (argued), of Pollock, Pollock, Fay & Baum, Los Angeles, Cal., Leonard Sacks, Pico Rivera, Cal., for appellant.

Alan Friedman, Asst. U. S. Atty. (argued), David R. Nissen, Asst. U. S. Atty., Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for appellee.

Before HAMLEY, HAMLIN and KILKENNY, Circuit Judges.

PER CURIAM:

Under the unique circumstances of this case, Michael Polizzi was not guilty of willful disobedience of a subpoena to appear before a federal grand jury on the date therein specified. It was therefore error to adjudge Polizzi guilty of criminal contempt pursuant to 18 U.S.C. § 401(3), and to impose a fine of $7,500.

Reversed.

■

**Ralph STELL et al., Plaintiffs-Appellees, United States of America, Plaintiff-Intervenor-Appellee,**

v.

**The BOARD OF PUBLIC EDUCATION for the CITY OF SAVANNAH and COUNTY OF CHATHAM, Defendants, Darnell Brawner et al., Defendants-Intervenors-Appellants.**

**No. 71-2927.**

United States Court of Appeals, Fifth Circuit.

Nov. 8, 1971.

Owen Page, Savannah, Ga., for intervenors-appellants.

Bobby L. Hill, E. H. Gadsden, Savannah, Ga., Norman J. Chachkin, New York City, for plaintiffs-appellees.

Martin Buckley, David L. Norman, Civil Rights Div., U. S. Dept. of Justice, Washington, D. C., for intervenor-appellee.

Malcolm Maclean, Arnold C. Young, Charles A. Edwards, Savannah, Ga., Brian K. Landsberg, U. S. Dept. of Justice, Civil Rights Div., Washington, D. C., for other interested parties.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

The District Court's order of August 31, 1971 is affirmed.